O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALAAL IBN ABDULLAH,<br><br>Plaintiff,<br><br>v.<br><br>ALEX VILLANUEVA, et al.,<br><br>Defendants. | Case No. 2:24-cv-01033-DDP-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 23). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///

///

///

///

1    IT IS THEREFORE ORDERED that the Complaint and entire action is
2 dismissed without prejudice due to Plaintiff's failure comply with Local Rule 41-6
3 by keeping the Court informed of his current mailing address.

DATED: October 3, 2024

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2