JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALAAL IBN ABDULLAH,<br><br>    Plaintiff,<br><br>v.<br><br>ALEX VILLANUEVA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01033-DDP-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice due to Plaintiff's failure comply with Local Rule 41-6 by keeping the Court informed of his current mailing address.

DATED: October 3, 2024

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE